# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>KITYO   )<br>)<br>Defendant.   ) | No. 1:23-CR-10218 |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

Dated: January 30, 2025    By:    */s/ James R. Drabick*
JAMES R. DRABICK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 30, 2025    By:    */s/ James R. Drabick*
JAMES R. DRABICK
Assistant United States Attorney